IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AUBREY MINOR,
        Petitioner,

vs.                                      Case No. 3:05cv400/LAC/EMT

STATE OF FLORIDA,
        Respondent.
_____/

**O R D E R**

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). In his petition, Petitioner challenges a February 1993 attempted first degree murder and aggravated battery conviction (*id.* at 1). Petitioner has also filed another petition for writ of habeas corpus in which he challenges the same conviction (*see* 3:05cv441/MCR/EMT, Doc. 1 at 1). Accordingly, pursuant to Rule 42(a), Fed. R. Civ. P., this case is hereby consolidated with Case No. 3:05cv441/MCR/EMT for all further proceedings. All further papers and pleadings shall be filed only in Case No. 3:05cv441/MCR/EMT.

Accordingly, it is **ORDERED**:

1.    The clerk of the court is directed to consolidate this case with Case No. 3:05cv441/MCR/EMT, and all future pleadings shall be filed in Case No. 3:05cv441/MCR/EMT.

2.    The clerk shall place a copy of this order in Case No. 3:05cv400/LAC/EMT

**DONE AND ORDERED** this 30th day of December, 2005.

                                                      /s/  *Elizabeth M. Timothy*
                                                      **ELIZABETH M. TIMOTHY**
                                                      **UNITED STATES MAGISTRATE JUDGE**